# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH ALEXANDER HENDERSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 84416

FILED

APR 07 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Carli Lynn Kierny, Judge.

Appellant filed a notice of appeal in district court case number 05C212968. However, this court's review of this appeal reveals jurisdictional defects. First, no recent appealable order was entered in district court case number 05C212968. Second, to the extent that appellant's appeal is in regard to the postconviction petition for a writ of habeas corpus filed in related district court case number A-21-840121-W, that district court case number was not designated in this notice of appeal. *See* NRAP 3(c)(1)(B) (requiring a notice of appeal to "designate the judgment, order or part thereof being appealed"). Lastly, no decision had been made on the petition when appellant filed his notice of appeal, and thus, appellant's notice of appeal from the habeas corpus petition is

22-10933

premature. *See* NRS 177.015 (3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Herndon

cc:     Hon. Carli Lynn Kierny, District Judge
        Joseph Alexander Henderson
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk